UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TRISTAN K. EASTMAN; JESSE ROYAL TAPIO; TYSON JAMES SARGENT,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA CORRECTIONAL FACILITY; ASSOCIATE WARDEN AMY WESTPAL; and CHAPLIN SWAGGER,<br><br>Defendant. | Civil No. 21-1954 (JRT/KMM)<br><br>ORDER |

Tristan K Eastman, OID#262842, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, Jesse Royal Tapio, OID# 215057, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, Tyson James Sargent, OID# 238215, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiffs.

United States Magistrate Judge Kate Menendez filed a Report and Recommendation on October 20, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that plaintiffs Jesse Royal Tapio and Tyson James Sargent are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 2, 2021
at Minneapolis, Minnesota.

                                                                          JOHN R. TUNHEIM
                                                                              Chief Judge
                                            United States District Judge