UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| TRISTAN K. EASTMAN, | Civil No. 21-1954 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| LAURA WESTPHAL, et al., | |
| Defendants. | |

Tristan K Eastman, OID#262842, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, for plaintiff.

Rachel E. Bell-Munger, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendants.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated April 1, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Plaintiff Tristan Eastman's Motion for Default Judgment, Compensatory and Injunctive Relief [ECF No. 29] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: May 18, 2022
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court